**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cordell JONES, Defendant–Appellant.**

No. 15–10932
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 10, 2016.

Arthur Lee Bentley, III, Robert A. Mosakowski, James A. Muench, U.S. At-

---

torney's Office, Tampa, FL, Roberta
Josephina Bodnar, U.S. Attorney's Office,
Orlando, FL, for Plaintiff–Appellee.

Angelo Michael Ferlita, Law Office of
Angelo M. Ferlita, Tampa, FL, Cordell
Jones, FCI Coleman Low, Coleman, FL,
for Defendant–Appellant.

Before TJOFLAT, HULL and BLACK,
Circuit Judges.

PER CURIAM:

Angelo Ferlita, appointed counsel for
Cordell Jones in this direct criminal ap-
peal, has moved to withdraw from further
representation of the appellant and filed a
brief pursuant to *Anders v. California*, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967). Moreover, Jones has filed a mo-
tion for appointment of new counsel. Our
independent review of the entire record
reveals that counsel's assessment of the
relative merit of the appeal is correct.
Because independent examination of the
entire record reveals no arguable issues of
merit, counsel's motion to withdraw is
**GRANTED,** and Jones's conviction and
sentence are **AFFIRMED.** Jones's mo-
tion for appointment of new counsel is
**DENIED.**